UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES STUCK,
DAVID SEITZ, and
MATTHEW LISOWSKI,

    Defendants.

Case No. 09-CR-
[21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846]

09 CR-281

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning on or about January 1, 2008, and continuing until April 16, 2009, in the State and Eastern District of Wisconsin, and elsewhere,

    CHARLES STUCK,
    DAVID SEITZ, and
    MATTHEW LISOWSKI,

the defendants herein, knowingly and intentionally conspired with each other and others known and unknown to the grand jury to distribute and possess with intent to distribute a controlled substance.

2. The offense involved a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

A TRUE BILL:

FOREPERSON

Dated: 11/10/09

MICHELLE L. JACOBS
United States Attorney